L. Kristopher Rath (5749)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone: 702-385-2500
Fax: 702-385-2086
Email: krath@hutchlegal.com

Joseph N. Hosteny (*Pro Hac Vice Admitted*)
Niro, Haller & Niro
181 West Madison Street - Suite 4600
Chicago, Illinois 60602
Phone: 312-236-0733
Fax: 312-236-3137
Email: jhosteny@hosteny.com

Attorneys for Plaintiff,
Telepet U.S.A.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TELEPET U.S.A.,<br><br>  Plaintiff,<br><br> v.<br><br>QUALCOMM INCORPORATED<br><br>  Defendant. | Civil Action No.:<br>2:13-cv-00063-GMN-CWH<br><br>**JURY TRIAL DEMANDED** |

**PARTIES' JOINT STIPULATION TO DISMISS WITH PREJUDICE**

The parties stipulate that the Court may dismiss all claims in this litigation with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/  L. Kristopher Rath
L. Kristopher Rath (5749)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone: 702-385-2500
Fax: 702-385-2086

/s/  James J. Pisanelli
James J. Pisanelli (4027)
PISANELLI BICE, PLLC
3883 Howard Hughes Parkway
Suite 800
Las Vegas, Nevada 89169
Email: jjp@pisanellibice.com

| | |
|---|---|
| Email: krath@hutchlegal.com<br><br>Joseph N. Hosteny (Pro Hac Vice Admitted)<br>Niro, Haller & Niro<br>181 West Madison Street<br>Suite 4600<br>Chicago, Illinois  60602<br>Phone:  312-236-0733<br>Fax:  312-236-3137<br>Email: jhosteny@hosteny.com<br><br>***Attorneys for Plaintiff,***<br>***Telepet U.S.A.*** | Richard S. Zembek (pro hac vice)<br>FULBRIGHT & JAWORSKI, LLP<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas  77010-3095<br>Email: rzembek@fulbright.com<br><br>***Attorneys for Defendant,***<br>***Qualcomm Incorporated*** |

**IT IS SO ORDERED** this 24th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge

2